LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. PATTON AND SANDRA A. PATTON,<br><br>Plaintiffs<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., et al.<br><br>Defendants. | Case No. C 06 1526 MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS ELI LILLY AND COMPANY, JOHNSON & JOHNSON COMPANY AND JANSSEN PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P., A/K/A JANSSEN PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC.**<br><br>HON. MARILYN H. PATEL |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs voluntarily dismiss without prejudice defendants **ELI LILLY AND COMPANY, JOHNSON & JOHNSON COMPANY AND JANSSEN PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P., A/K/A JANSSEN PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC.** from the above-captioned action.

Dated: May 1, 2006         **LEVIN SIMES KAISER & GORNICK LLP**

_/s/ Dennis J. Canty_
Dennis J. Canty
Attorneys for Plaintiff

IT IS SO ORDERED
Judge Marilyn H. Patel

VOLUNTARY DISMISSAL                                          PAGE 1