**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH D. PATTON,                                        No. C 06-01526 MHP

        Plaintiff(s),                                **ORDER**

  v.

ASTRAZENECA PHARMACEUTICALS,

        Defendant(s).
                                              /

    This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: October 25, 2006

MARILYN HALL PATEL
United States District Judge